UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES D. HARPER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RONALD OLIVER,<br><br>　　　Defendant. | Case No.: 2:25-cv-01674-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

On September 8, 2025, *pro se* plaintiff Charles D. Harper, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*, as well as a collection of grievances that he filed in prison, and a proposed summons. Docket Nos. 1, 1-1, 1-2. Plaintiff's collection of grievances does not constitute a complaint. The Court will grant Plaintiff an extension of time to file a complete, signed complaint.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **October 10, 2025**, Plaintiff must submit a signed complaint to this Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

   The Clerk of the Court is **INSTRUCTED** to send Plaintiff Charles D. Harper the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

   IT IS SO ORDERED.

   DATED: September 10, 2025

```
                                        _____
                                        NANCY J. KOPPE
                                        UNITED STATES MAGISTRATE JUDGE
```