UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES D. HARPER,

Plaintiff,

v.

RONALD OLIVER, et al.,

Defendants.

Case No.: 2:25-cv-01674-JAD-NJK

**Order Denying Application to Proceed *In Forma Pauperis* as Moot And Directing Plaintiff to File an Application to Proceed *In Forma Pauperis* for Non-Prisoners**
(Docket No. 1)

Plaintiff Charles D. Harper, a former inmate in the custody of the Nevada Department of Corrections ("NDOC") initiated this case with an application to proceed *in forma pauperis* for inmates. Docket No. 1. Harper subsequently filed an updated address showing that he is no longer incarcerated. Docket No. 5.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmates, Docket No. 1, is **DENIED** as moot.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **June 22, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows

///

///

///

Plaintiff to refile the case with the Court, under a new case number when he can provide the Court an application to proceed *in forma pauperis* for non-prisoners.

IT IS SO ORDERED.

DATED:   May 21, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2